# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

DWIGHT DAVID MASSEY,  )
    Plaintiff,  )
      )
v.  )    CV 415-028
      )
DISTRICT ATTORNEY MEG HEAP,  )
    Defendant.  )

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Clerk is ordered to enter appropriate judgment and close this case.

So ORDERED, this 15 day of June, 2015.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA